UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TASHAWNA GAINES** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Civil Action No.: 1:21-cv-1211-ELH |
| | * |
| **BALTIMORE POLICE DEPARTMENT** | * |
| | * |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

[X]  I certify, as party/counsel in this case that the <u>Baltimore City Police Department </u>(name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ ]  The following corporate affiliations exist with _____:
(name of party)
_____.
(names of affiliates)

[ ]  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:
_____.
(names of entities with possible financial interests)

[ ]  In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| November 3, 2021 | /s/ |
| *Date* | Justin S. Conroy, Federal Bar No. 28480 |
| | Baltimore City Department of Law |
| | 100 N. Holiday Street, Suite 101 |
| | Baltimore, Maryland 21202 |
| | Telephone: (443) 462-2949 |
| | Facsimile: (410) 396-2126 |
| | Email: justin.conroy@baltimorecity.gov |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2021, a copy of the foregoing was served on all parties of record via the court's electronic filing system.

_____/s/_____
Justin S. Conroy (28480)